CHARLES H. BENEDICT, as Committee of the Person and Estate of SIDNEY J. LEVI, an Incompetent Person, Respondent, *v.* ALBERT J. LEVI, Respondent, and EDNA S. SALMON, Appellant, Impleaded with Others.

*Benedict* v. *Salmon*, 177 App. Div. 385, affirmed.

(Argued May 9, 1918; decided May 28, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 27, 1917, *unanimously* affirming a judgment of Special Term construing the will of Jonathan Levi, deceased, who died leaving him surviving his wife, two sons and eight daughters. By his will he gave to his widow a life estate in his residence, with other property. At her death the residence was devised to the executors named in the will, in trust, to provide a home for those of his daughters who were unmarried and who were or might become widows. Such trust was to continue until the death of his last surviving daughter, at which time the residence was devised to the children of his daughters who were living at that time, excepting Howard Stern. The trial court held that the provision was invalid as suspending the power of alienation contrary to statute and that the devise of the residence after the termination of the life estate attempted by the testator failing, it passed under the residuary clause of the will.

*Del B. Salmon* for appellant.

*John D. Miller* for plaintiff, respondent.

*Lewis E. Carr* for defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.